SNELL ET AL. *v.* WYMAN, COMMISSIONER OF
DEPARTMENT OF SOCIAL SERVICES OF
NEW YORK, ET AL.

No. 191. Decided January 13, 1969.

*James J. Graham* and *Martin Garbus* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Charles A. La Torella, Jr.,* and *Maria L. Marcus,* Assistant Attorneys General, for Wyman, and *J. Lee Rankin* and *Stanley Buchsbaum* for Ginsberg, appellees.

*Solicitor General Griswold, Assistant Attorney General Weisl, Peter L. Strauss,* and *Morton Hollander* for the United States, as *amicus curiae,* urging affirmance.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.